THE MATIAN FIRM A.P.C
GEORGE ROSENSTOCK, #117515
3701 Wilshire Blvd., Ste. 210
Los Angeles, CA 90010-2877
george@matianlegal.com
Tel: (323) 933-9500
Fax: (323) 933-9524

Attorneys for Defendant
JUNIOR ALMENDAREZ MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:21-cr-00296-JFW-3 |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S SENTENCING** |
| | ) | **MEMORANDUM** |
| vs. | ) | |
| | ) | |
| | ) | Date:    January 10, 2022 |
| EDGAR ADRIAN HERNANDEZ LEMUS | ) | Time:    8:00 a.m. |
| and JUNIOR ALMENDAREZ MARTINEZ | ) | Judge:   Hon. John F. Walter |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendant JUNIOR ALMENDAREZ MARTINEZ, through his attorney of record, George Rosenstock hereby files his sentencing memorandum.

///

///

///

///

///

////

Defendant seeks a downward departure.  Defendant confirms the accuracy of the biographical information contained in the Presentence Investigation Report and has no corrections to that report.

As the Probation Department noted, "based on known information it appears that Almendarez had little or no knowledge of the extent of the scheme and, save his two co-defendants, the number and/or identities of others involved."

As the Probation Department further noted "it does not appear that Almendarez communicated or had any contact with any kidnapped-persons or their family members."  Also as reported by Probation "Almendarez reported that he received either $20 or $40 as payment for the transfers of money sent via MoneyGram.  Thus, the amount Almendarez was paid for his participation was minimal at best."

As also noted, "Almendarez has no criminal history whatsoever and no history of substance abuse.  Indeed, much of Almendarez's life has demonstrated a respect for the law."

The facts of the case demonstrate a peripheral role taken by Almendarez, a role which could have been played without knowledge of the entire scheme – as was unsuccessfully contended at trial.  His role was minimal.  There was no evidence presented – other than by suggestion – that Almendarez was aware of the "front end" of the scheme (kidnapping) and his awareness of the "back end", the collection of ransom, was only suggested by a few actions and his presence at inopportune times from a liability perspective.  He continues to deny accountability for his action, i.e., responsibility, perhaps ignorant of the nature of conspiracy law or refusing to accept it, although informing Probation that he regretted his "involvement."

Attached are letters from his supporters and evidence of his High School Diploma.

Defendant seeks a downward departure and a sentence of twelve months imprisonment.  Defendant also seeks to be exonerated from restitution given his lack of involvement and lack of

- 2 -

evidence of his personal profiting from the schemes largely conceived and carried out independent of any contribution from Almendarez.

The attached materials indicated that the defendant does have some family network support upon his release.

Dated: January 3, 2022                    Respectfully submitted,

                                          THE MATIAN FIRM. A.P.C.

                                          /s/ *George K. Rosenstock*

                                          GEORGE K. ROSENSTOCK
                                          Attorneys for Junior Almendarez Martinez

ALMENDAREZ Sentencing Memorandum                    *U.S.A. v. Junior Almendarez Martínez CR 21-296-JFW*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2022, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

*/s/ George K. Rosenstock*
cc via ECF: AUSA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A



# Centennial High School



Compton      California

This certifies that

## Junior J. Almendarez Martinez

has completed the Course of Study prescribed by the Board of Education
of the Compton Unified School District and on the recommendation of
the faculty is awarded this

## Diploma

given the eighth day of June two thousand and eighteen

President, Board of Trustees      Superintendent      Principal

To whom it may concern:

My name is Estefani Moreno, ID Number:          . I am married and two girls. I work as Customer Service Team Leader at Northgate Gonzalez Markets.

I write this letter in behalf of inmate Junior Almendarez-Martinez. I am very close to his family, since I am married to Junior's stepfather cousin. An I also have a very tight relationship with Junior's mother, who I call "mother" for how loving and caring she is. I have spent so many special days with him and his family, such as Birthdays and Holidays.

I have known Junior since 2014, when he came from Honduras. He is very respectful, and I have witnessed how loving and caring he always is with his brothers, sister, and nieces, and most of all with his mother. He is good influence for them. He always cares for his mother and is very attentive. If there is anything that she needs, even for the house like kitchen utensils, he doesn't doubt and gets it for her.

The relationship Junior has with his mother is a role model to every mother and kid to have. He is very kird and respectful to all people around him. I see him as good example of brother, uncle, and family member to be around.

For any questions, you are welcome to contact me.

Sincerely,

Estefani Moreno

Estefani M.

(213)456-1721

1156 E. 68th St. apt1

Los Angeles, CA 90001

Esteflopez12@gmail.com

**Yazmin Rodriguez Gutierrez**
727 E. 33rd St.
**Los Angeles, CA, 90011**
**(323)356-1272**

12/09/2021

**Junior Almendarez**

To Whom It May Concern:

I am writing on behalf of my longtime time friend, classmate, and colleague, Junior Almendarez, whom is currently being held in custody.

My name is Yazmin Lionor Rodriguez Gutierrez, I am a college student, work a full-time job, and a law-abiding citizen of the United States of America. I have been knowing my friend Junior Almendarez for over 7 years and he is such a kind, great person. I first met Junior in 2014 at Centennial Highschool located in Compton, California. We met through one of our teachers, Mr. Tejeda, since Junior and I were in an English Second Language class. We spent a lot of time together since we took some of the same classes in Highschool. During our time together, I got to know Junior as one of the most caring, outgoing, hard-working, and most respectful, not only student but person in the entire school. He was very polite with teachers, very punctual and share dignity towards others.

One of my best memories of him was during our English and math class, because whenever I struggled Junior was always there to support me. I remember during one of our homework assignments I felt like giving up, but Junior was there to offer his assistance, he was very helpful and patient with me when helping me break down a math problem. Very few people take their own personal time to help others in need, but not Junior, Junior was always there for me and shed light on never giving up. In addition, Junior was a top student in our Algebra Class, he was normally one of the top performers in this class. Junior is one of the most dependable, honest, and peace-loving people I have ever met, and I know that he will be an excellent social agent of change in our community. I wish I could I return the kindness he has shown me and let him feel at home in our country. I know that Junior will bring his incredible qualities of talent, dedication, and hard work to our country.

Sincerely,

Yazmin Lionor Rodriguez Gutierrez

Erin Olson Batstone                                    December 14th, 2021
English Learner Specialist
Centennial High School
Compton, CA 90222


To Whom it May Concern:

I am writing on behalf of Junior Almendarez Martinez, a student I knew from his first year as a Freshman in High School in 2014 through his Senior Year in 2018.

I first met Yunior (Junior) when he was in my Freshman English class. He had just recently arrived in the USA and was very shy, but also always well-behaved and a hard worker. Even from the first, he struck me as a good person who wanted to do well and to do right. Despite not-knowing English, he would do every assignment to the best of his ability, and would always try. In fact, he did better than some of the students who were born here who didn't need to learn English. He was also always respectful and positive, and willing to receive correction with an obedient and willing attitude. He always wanted to be a good student, a good person.

Over time, he continued in the same vein, always passing his classes, and growing stronger in his English skills as time went on. Throughout that time, he never had any discipline issues in high school, or got in trouble at all with teachers or staff, or the law. In fact, the only thing I was very worried about was that he was always still very shy and didn't want to speak very much. He ended up graduating on time with a 2.5 GPA, having never failed any classes, and receiving mostly B's and C's, a few A's, and only rarely a D.

On behalf of the character that I always observed in him, he was always respectful - and not just respectful of adults, but also his peers. No other peers ever reported having any problems with him, never any aggression, no arguments or bullying or intimidation. He always appeared to treat others around him the way he wanted to be treated, and I have always seen him to be an upright and upstanding young man. Even though he was quiet, I also never saw him get caught up in the trouble of other students. For example, even if his friends were ditching, I never saw him do the same.
With all this in mind, I believe that the Junior Almendarez Martinez that I knew was a good person, and a good student, and I ask that you keep this in mind as you carry out justice.

Sincerely,

Erin L. Olson Batstone

English Learner Specialist, Centennial HS

310-635-2715 - work

310-999-3371 - cell

To whom it may concern:

My name is Kristina Morales , and I would like to share with you a little about Yunior J. Almendarez Marti. I have known Yunior since high school. We both attended the same high school, which is Centennial High School in the city of Compton. I met him through a friend during lunchtime. Something that I like about Yunior when I met him was that he was and is still a humble young man. He is friendly, kind, caring, loving, and hardworking young man. I got the opportunity to get to know him better over the years. From been the shy teenager boy to an outgoing young man. All the years I have known Yunior, he never has gotten in trouble with the law.

Something I have always admire of Yunior is his love for his family. After school he would go to work. He would work at different construction jobs to help his family. He would work long hours everyday without complaining about it. His love for his mother is immense.

Sincerely,

Kristina Morales

12/14/21                                    1751 E 112 St., Los Angeles, CA 90059

My name is Jose Martinez. I am Junior Almendarez's stepfather. I have known him since he was
a young boy. He has been a good boy, good adolescent. He behaves well with me. A good son,
excellent brother with my children, an excellent human. My children miss him a lot. They always
ask for him. He was the one that helped them with their homework. His mother suffers a lot from
the separation from him. He is not a threat to the nation. He even wanted to join the army, but he
did not get the chance to. I hope for your understanding.

                                                            Sincerely, /s/ Jose Martinez

323-247-0713- I am available for any questions.

CERTIFICATION OF TRANSLATION

I, Iliana Cruz Sanchez, am competent to translate from Spanish into English, and certify that the
translation of Jose Martinez is true and accurate to the best of my abilities.

Signature of Translator                     Iliana Cruz Sanchez_____
                                            Name of Translator

3701 Wilshire Blvd. Suite 210, Los Angeles, CA 90010_
Address of Translator

(323) 933-9500 Ext. 233_
Telephone Number of Translator

12/14/21            1751 E 112 St L.A CA 90059

mi nombre es Jose Martinez.
Soy el Padrasto de Junior Almendarez
Lo conosco desde que era un
niño a sido un buen niño un buen
adolecente el es muy bien portado
con mi persona. un buen hijo exelente
hermano un exelente cer humano
mis hijos lo extrañan mucho siempre
preguntan por el. el es el que les.
ayudaba con las tares su madre sufre
mucho la separacion de el.
el es una persona que no es un
peligro para la nación incluso el
siempre queria entrar al army
pero no se dio la oportunidad. espero.
su comprencion
                    Atte Jose Martinez

#323 247 0713  cualquier pregunta
estoy asu ordenes

Los Angeles, California
12-13-21

Dear Judge, through the present letter I let myself address you to respectfully request your support in this cases that is currently in your care, in which we are hoping for a positive outcome.

I testify that I have known Junior Almendarez since infancy. He was brought up by excellent parents, that have taught him moral and spiritual values, which allow him to be a good person, fearful of God, away from vices. Because he is a professional, since he has dedicated himself to study, and then work, he is an important person for the family and community.

We have always had a good relationship because he is very expressive and loving with children.

This is why this process has been painful for everyone, being separated. We believe that God with his great power is looking over this situation.

I leave thankful for your attention to the present.

God bless you!
Lluni Mejia
/s/
(323)302-6845

## CERTIFICATION OF TRANSLATION

I, <u>Iliana Cruz Sanchez</u>, am competent to translate from Spanish into English, and certify that the translation of <u>Lluni Mejia</u> is true and accurate to the best of my abilities.

Signature of Translator

<u>Iliana Cruz Sanchez_____</u>
Name of Translator

<u>3701 Wilshire Blvd. Suite 210, Los Angeles, CA 90010_</u>
Address of Translator

<u>(323) 933-9500 Ext. 233_</u>
Telephone Number of Translator

Los Angeles California
12-13-21

Estimado Señor Juez por medio de la precente
me permito dirigirme a usted.

Para solicitar respetuosamente su apollo,
En este caso que actualmente tiene a su cargo.
En el cual estamos esperando una respuesta positiva.

Por lo tanto testifico que conosco a Junior Almendarez
Desde la infancia, criado por exelentes padres,
que le an inculcado balores, morales y espirituales.
los que le permiten ser una persona de bien,
temerosa de Dios, apartada de los vicios,
ya que el es un profecional, devido a que
se a dedicado a estudiar, y luego a trabajar.
El es una persona muy importante para la familia
y la Comunidad.
Siempre emos tenido una buena relación, por que
el es muy expresibo y amoroso con los niños.

Es por esto que aisido un proceso muy doloroso
para todos. el estar separados.
Creemos que nuestro Dios con su gra poder
esta obrando en esta cituación.

Me despido agradeciendo la atención a la precente.

¡Dios lo bendiga!.

Lluni Mejia.

(323) 302 68 45

Los Angeles, California 12-13-21

To Whom it May Concern:

I write this letter to you in the most attentive manor to recommend Junior Almendarez Martinez, whom I have known for 7 years, who has been outstanding for his values, like his honesty and promise to be a family person, non-problematic, hardworking persevering in his High School studies. Since I know him in this way, like a person who will not be a danger or a bad example for the society of this country, I have no qualms in writing this letter for the use of the interested parties. I am at your service to be contacted and corroborate this information.

Sincerely, Gabriel Angel Godoy Gonzalez
/s/
213-570-5799

## CERTIFICATION OF TRANSLATION

I, Iliana Cruz Sanchez, am competent to translate from Spanish into English, and certify that the translation of Gabrial angel Godoy Gonzalez is true and accurate to the best of my abilities.

Signature of Translator

Iliana Cruz Sanchez_____
Name of Translator

3701 Wilshire Blvd. Suite 210, Los Angeles, CA 90010_
Address of Translator

(323) 933-9500 Ext. 233_
Telephone Number of Translator

Los Angeles Calif. 12-13-2021

A quien Corresponda:
me dirijo a usted de la manera mas-
atenta para recomendar a
Junior Almendarez Martinez.
a quien Conosco desde hace n años.
en los cuales se ha destacado por
sus valores, como la honestidad y
el compromiso de ser un hijo de Familia
no problematico, trabajador, perseverante
en sus estudias en High school
reconociendolo asi, como una persona
que no sera un peligro ho un mal ejemplo
para la sociedad de este pais, por ello no-
tengo ningun inconveniente en otorgar
esta carta haciendo de su conosimiento
para los fines que el interasado
convenga, me pongo a su entera disposición
para hacer contactado y corroborar esta
informacion.
Atentamente: Gabriel Angel Godoy Gonzalez
213-570-5799

Los Angeles CA
December 13, 2021

Judge,

Through this letter I send you a cordial greeting and through it I take advantage to testify something about my brother Junio Almendarez. My brother and I grew up together. We have always had good communication. We have worked together. We have been very close, always working hard to persevere honorably. My brother has proudly graduated from a school in Los Angeles, CA. My brother Junior Almendarez has always been a hardworking person so get ahead in this country. We hope that he is free soon, his family and many friends.

With the motive of sharing insight into my brother Junior Almendarez's life.

Sincerely,
Allan Almendarez
Brother og Junio Almendarez
(213)318-7107
/s/

## CERTIFICATION OF TRANSLATION

I, Iliana Cruz Sanchez, am competent to translate from Spanish into English, and certify that the translation of Allan Almendarez is true and accurate to the best of my abilities.

Signature of Translator

Iliana Cruz Sanchez
Name of Translator

3701 Wilshire Blvd. Suite 210, Los Angeles, CA 90010
Address of Translator

(323) 933-9500 Ext. 233
Telephone Number of Translator

Los Angeles c.A.
13 de diciembre de 2021

Señor. Juez

Presente,

Por este medio le envio un cordial saludo,
aprobecho para testificar algo de mi hermano
Junior Almendarez, mi ermano y yo cresimos
juntos siempre emos tenido una buena
comonicasion, emos trabajado juntos, emos sido
muy unidos, siempre trabajando duro para salir
adelante onradamente, mi hermano se graduo
orgollosamente en una escuela en los Angeles c.A.
mi hermano Junior Almendarez siempre a sido
una persona luchadora para salir adelante
en este pais, esperamos que pronto sea
libre, Familiares familia y muchos amigos.

Esto con el motivo de dar a conoser de la vida
de mi hermano Junior Almendarez.

Atentamente,
Allan Almendarez
Hermano de Junior Almendarez

(213) 318-7107

Los Angeles CA
December 13, 2021

Through the present letter I make it known that I have known the young man Junior Almendarez
by sight and communication since birth. I am his uncle. I know he is a responsible person,
educated in the way he speaks, with good family and moral values. We have never had problems
with him. He is a hardworking, family oriented, honest young man, with many more qualities.

I say goodbye for the moment with a cordial salute and I am at your service for whatever doubts
you may have about him.

Hang in there Junior…

Levis Martinez
(uncle)

(323)671-6405
/s/


CERTIFICATION OF TRANSLATION

I, Iliana Cruz Sanchez, am competent to translate from Spanish into English, and certify that the
translation of Levis Martinez is true and accurate to the best of my abilities.


Signature of Translator                                    Iliana Cruz Sanchez
                                                           Name of Translator


3701 Wilshire Blvd. Suite 210, Los Angeles, CA 90010
Address of Translator


(323) 933-9500 Ext. 233
Telephone Number of Translator

Los Angeles California

13 Diciembre 2021

Mediante la presente hago constar que
conozco de vista, trato, comunicación y desde
su nacimiento al Joven Junior Almendares
ya soy su tio, me consta que es una
persona responsable, educado a su manera de
hablar, de muy buenos valores morales y
familiares, jamas hemos tenido ningun
problema con el, es joven trabajador de
familia, honesto y muchas cualidades mas.

Por el momento me despido enviandole un
coordial saludo y quedo a sus ordenes
para cualquier duda que tengan sobre el.

Animo Junior...

Lewis Martinez                    (323) 671-64 05
(Tio)                              (Firma)

Los Angeles, California                                               12/14/2021

To Whom it May Concern:

Through these lines, I speak to you Judge in the politest and most respectful manner to advise you that I have known Junior Almendarez Martinez for approximately 5 years, describing him as a young, hardworking person, who is a good son and family man. In the time I have spent with the family, I have never witnessed inappropriate conduct, rather the conduct of a correct young man, a good son of the family, very helpful friend and classmate to my children. We have never witnessed reprehensible conduct. He is very loved and appreciated in my family. For the reason you consider this letter appropriate with the purpose of giving a just verdict that you make take with Junior.

I say goodbye to you without anything more to say for this young family man who does not represent any danger to society in this country.

I am at your service for whatever you deem necessary.

Esther Sandoval Tel. 562-413-9669
Sincerely
/s/

## CERTIFICATION OF TRANSLATION

I, <u>Iliana Cruz Sanchez</u>, am competent to translate from Spanish into English, and certify that the translation of <u>Esther Sandoval</u> is true and accurate to the best of my abilities.

Signature of Translator

<u>Iliana Cruz Sanchez</u>
Name of Translator

<u>3701 Wilshire Blvd. Suite 210, Los Angeles, CA 90010</u>
Address of Translator

<u>(323) 933-9500 Ext. 233</u>
Telephone Number of Translator

Los Angeles California                12/14/2021

A Quien Corresponda:

Por medio de estas
lineas Me dirijo a Usted Sr. Juez
de Manera Atento y Respetuoso para
hacer de su Conosimiento que
Conosco a Junior Almendarez Martinez
5 Años Aproximadamente describiendolo
Como una personana Joven Trabajador
y un hijo de familia en el cual
en este tiempo de Convivir Con la familia
nunca Observe una Conducta Inpropia
Sino la de un joven Correcto
un buen hijo de familia, muy
Serusial Amigo y Compañero de mis
hijos. en el cual nunca Observamos
una Conducta Reprovable muy
Querido y Apresiado en nuestra
familia para los fines Que Usted
Considere que mi Carta yege Con el propo
sito quesea Justo Juez en el Veredto
que Usted Tome Como Junior.

Me despido de Usted sin otra
fin o fines que Considere
para este joven hijo de familia
y otro representa Un peligro
para la Sociedad en Este Pais.

Quedo a Su disposision para lo
Que usted Considere Nesesario.

Atentamente me despido de usted.

Esther Sandoval          Tel. 562) 413-96 69

Atentamente.

Esther Sandoval

Firma.

12/14/2021                                                    Los Angeles, California

To Whom it May Concern"

I write you the letter Judge in the politest way to make it known to you that I, Mirna Villanueva, know the young man Junior Almendarez Martinez for the time of 8 years in which we spent time together with the family because we were cohorts in the school Centeniol High School like a good son of family and a good friend and classmate of my son. He always tried to be respectful, helpful and very calm. I never saw him or observed him be a danger for society for this country, knowing he has no other criminal record and of doubtful origin. Hardworking, helpful. When I could not walk anymore, he took me to the hospital many times. Hoping you have tolerance for Junior Almendarez Martinez, and that he has a just trial because in this country, there is justice without corruption without other interests. I say goodbye thankful for your attention to these lines. I am at your service for whatever you fine convenient.

Mirna Villanueva M.
/s/
Tel. 213-570-9700


## CERTIFICATION OF TRANSLATION

I, Iliana Cruz Sanchez, am competent to translate from Spanish into English, and certify that the translation of Mirna Villanueva M. is true and accurate to the best of my abilities.


Signature of Translator                            Iliana Cruz Sanchez
                                                   Name of Translator

3701 Wilshire Blvd. Suite 210, Los Angeles, CA 90010
Address of Translator

(323) 933-9500 Ext. 233
Telephone Number of Translator

12/14/2021                    Los Angeles California

A Quien Corresponda:
                              Me dirijo su Señoria
q Usted de la manera Atenta y hacer
ide su Conosimiento que yo MIRNA Villanu
eva. Conosco al joven Junior Almendariz
Martinez en el tiempo de 8 Años
En los Cuales Convivimos Con la
familia por ser Compañeros de LA
Escuela en lA CENTENIOL HIGA scHool
Como un buen Hijo de familia y un
Buen Amigo Compañero de mi hijo.
Siempre destacando ser Ropetoso
Servisial y muy tranquilo Nunca le vi
O Observe un Visio que lo hisiera
Ver Como una persona peligrosa
para la Sosiedad para este pais
Sabiendo que no proviene de record
Criminal o de dudosa prosedensia.
trabajador Servisial Cuando yo no podia
Cminar me ycuo al hospital varias veces
Esperando que tenga Indulgensias por JUNIor

Almendarez Martinez tenga una
Toisia Justo pues EN ESTE
Pais se Hace justisia Sin Corrupsion
Sin Otro Interes que Convenga me
Despido de Usted Agradesiendo Su Atansio
A estas lineas Su Servidora y Quedo
A su disposision para lo que Usted
Crea Conveniente.

Mirna Villanueva M.

Tel. 213-570 9700

My name is Santos O Martinez, mother of Junior Almendarez. For a mother, it is difficult what we are living because my son is a good man, hardworking, educated, loving. He is an excellent son, a good brother, very caring, loving with everyone. We have gone through many sad moments for being separated from him.

Many years ago, we were separated for some years. I can tell you that it is very sad now that he is there. It's like going back and returning to that time, to suffer separation. In 2004, Junior's father was in an accident in Mexico and that's when I decided to look for a way to get my children ahead. I know my children would never do bad things because they know how much we have suffered. His father had an accident in which he lost one of his legs. Junior's purpose has always been to help his father. You can ascertain the suffering. There is a video of his father and them when they were young, everything we have endured such as poverty, including hunger. There is a documentary on YouTube called "El Tren de la Muerte 2004." There you can see all the suffering that we have gone through. This is why I beg that you give my son a chance to be given his freedom.

My son is not a bad person. He is not a danger to this great nation. I beg that you help us be together again. You can ask his friends from school where he graduated of his character, that he is an educated, helpful and excellent person.

Sincerely, Santos O Martinez

What ever questions, I am at your service
(323) 245-5900

## CERTIFICATION OF TRANSLATION

I, <u>Iliana Cruz Sanchez</u>, am competent to translate from Spanish into English, and certify that the translation of <u>Santos O Martinez</u> is true and accurate to the best of my abilities.

_____
Signature of Translator

Iliana Cruz Sanchez_____
Name of Translator

3701 Wilshire Blvd. Suite 210, Los Angeles, CA 90010_
Address of Translator

(323) 933-9500 Ext. 233_
Telephone Number of Translator

mi nombre es Santos O Martinez
madre de Junior Almendarez
para una madre es dificil lo que estomos
viviendo porque mi hijo es un buen
muchacho trabajador educado Amoroso el
es un exelente hijo un hermano muy bueno
cariñoso amoroso con todos
emos pasado momentos tristes por
estar separados. de el

Ase muchos años estubimos separados.
por unos años les puedo decir que es
lo mas triste ahora que el esta ahi es
como retroceder el tiempo y bolver.
a. sufrir la separacion en el 2004
Su padre de Junior tubo un accidente
en mexico Fue cuando desidi buscar.
la manera de sacar a delante a mis hijos
Se que mi hijo nunca aria cosos.
malas porque el save cuanto emos.
sufrido. su padre tubo un accidente el
cual perdio una de sus piernas siempre el
propocito de junior a cido ayudar a su
padre ustede pueden comprobar. el
sufrimiento ay un video de su padre
y de ellos cuando eran. niño todo lo que
emos pasado la pobreza imcluso ambre.
en youtube ay un Documental llamado
el tren de la muerte 2004 ahi se
daran cuenta todo el sufrimiento que
emos pasado por eso les suplico que
le den una oportunidad a mi hijo
Junior de quedar en libertad

mi hijo no es una mala persona.
no es un peligro. para esta gran
nacion les suplico nos ayuden.
a estar juntos. otra ber.
pueden preguntar a amistades.
en la escuela. en la que se graduo
de el comportamiento de el el es.
una persona. educada. servicial.
exelente Persona.

Atte Santos o Martinez.
Cualquier pregunta. estoy ala orden
#(323) 245 5900